

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JEFFREY E. PITTS

     Plaintiff,

v.                            Civil No. 05-1295 - T/An

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

---

ORDER ALLOWING ADDITIONAL TIME TO FILE ANSWER

---

     The defendant's motion for additional time to file an Answer is granted.  The Commissioner shall file an answer by December 20, 2005.

                          _James D. Todd_
                  Judge, United States District Court

                  Date: _8 December 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01295 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

A. Russell Larson
LAW OFFICES OF A. RUSSELL LARSON
P.O. Box 2163
Jackson, TN 38302--216

Honorable James Todd
US DISTRICT COURT